UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SALVATORE ZICCARELLI, | ) | |
|     Plaintiff, | ) | Case No. 17 C 3179 |
| | ) | |
| v. | ) | Judge Guzman |
| THOMAS J. DART, Sheriff of Cook County, | ) | Magistrate Valdez |
| Illinois, COOK COUNTY, ILLINOIS, a | ) | |
| Municipal Corporation and Body Politic, | ) | |
| WYOLA SHINNAWI representative and employee | ) | |
| of Thomas J. Dart, Cook County Sheriff, | ) | |
|     Defendants. | ) | |

**NOTICE OF MOTION**

On Tuesday, January 22, 2019 at 9:30am we will appear before the presiding judge, Hon. Judge Ronald Guzman in Courtroom 1801 at the Everett M. Dirksen Bldg., 219 S. Dearborn St., Chicago, Ill. and present the following Motion:

**PLAINTIFFS' FED. RULE APP. P. 4(a)(5) MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

    **CERTIFICATE OF SERVICE**

I, Michael J. Greco, an attorney, certify that I served this Notice of Motion and PLAINTIFF'S FED. RULE APP. P. 4(a)(5) MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT upon Defendant's attorney, Andrew J. Creighton, Assistant State's Attorney, Kimberly Foxx, Cook County State's Attorney, Richard J. Daley Center, 5th floor, Chicago, Illinois 60602 via the court's electronic case filing system on January 10, 2019 before 11:59pm.

                                  By:    s/ Michael J. Greco_____

Atty. No. 6201254                       Michael J. Greco, Attorney for Plaintiff
Michael Greco, Attorney at Law
Attorney for Plaintiffs
175 W. Jackson Blvd. Ste. 240
Chicago, Illinois 60604
312 222-0599
Email: michaelgreco18@yahoo.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SALVATORE ZICCARELLI, ) | | |
|     Plaintiff, ) | Case No. 17 C 3179 | |
| ) | | |
|     v. ) | Judge Guzman | |
| THOMAS J. DART, Sheriff of Cook County, ) | Magistrate Valdez | |
| Illinois, COOK COUNTY, ILLINOIS, a ) | | |
| Municipal Corporation and Body Politic, ) | | |
| WYOLA SHINNAWI representative and employee ) | | |
| of Thomas J. Dart, Cook County Sheriff, ) | | |
|     Defendants. ) | | |

**PLAINTIFF'S FED. RULE APP. P. 4(a)(5) MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

Plaintiff SALVATORE ZICCARELLI moves this Court to enter an Order granting Plaintiff an extension of time of fourteen days, until January 24, 2019, within which they may file a Notice of Appeal of this Court's Orders entered on June 20, 2018 and December 11, 2018, and prosecute an appeal of those Orders to the United States Court of Appeals for the Seventh Circuit pursuant to Fed. Rule App. P. 4(a)(5). To support this Motion, Plaintiff states as follows:

1. This Court entered on June 20, 2018 an Order granting Defendants' Motion for Summary Judgment.

2. Plaintiff filed timely a Fed. Rule Civ. P. 59(e) Motion to Reconsider the Order of June 20, 2018. That Motion to Reconsider was denied by this Court by Order entered on December 11, 2018.

3. Plaintiff wishes to file a Notice of Appeal of this Court's Orders entered on

June 20, 2018 and December 11, 2018, and to prosecute an appeal of those Orders to the United States Court of Appeals for the Seventh Circuit, for the specific purpose of seeking reversal of the same Orders. Plaintiff intends to seek reversal of the District Court's Order of June 20, 2018, granting the Motion for Summary Judgment, and reversal of the District Court's Order of December 11, 2018, denying his Rule 59(e) Motion to Reconsider Order of June 20, 2018, granting the Motion for Summary Judgment.

4. Plaintiff's attorney has been unable to meet with Plaintiff, discuss the issues and probable outcomes of appeal, and secure from Plaintiff the funds to file the Notice of Appeal as of January 10, 2019, the date on which the Notice of Appeal is due to be filed. Specifically, Plaintiff's attorney has been engaged in preparation of a Response to Motion for Summary Judgment in *QTM v. Eisenschenk*, No. 08Ch35394, Circuit Court of Cook County, Ill., County Dept., Chancery Division, Hon. Neil Cohen presiding. (Filed January 4, 2019).

5. Plaintiff will be able to meet with counsel, discuss the decision to appeal and arrange for payment of the fee for filing the Notice of Appeal if an extension of time to file the Notice of Appeal of fourteen days is granted, until January 24, 2019.

6. Good cause exists pursuant to Fed. Rule App. P. 4(a)(5) to extend the time for Plaintiff to file a Notice of Appeal of this Court's Orders entered on June 20, 2018 and December 11, 2018, to the United States Court of Appeals for the Seventh Circuit, pursuant to Fed. Rule App. P. 4(a)(5).

7. Plaintiff's attorney's omission timely to meet with Plaintiff and ensure that

he has assembled the funds to pay the filing cost of the Notice of Appeal is excusable, which can be rectified under Fed. Rule App. P. 4(a)(5) by this Court granting an extension of time to file the Notice of Appeal to January 24, 2019.

WHEREFORE, Plaintiff SALVATORE ZICCARRELLI respectfully requests that this Court enter an Order pursuant to Fed. Rule App. P. 4(a)(5) granting Plaintiff an extension of time of fourteen days, until January 24, 2019, within which he may file a Notice of Appeal of this Court's Orders entered on June 20, 2018 and December 11, 2018, to the United States Court of Appeals for the Seventh Circuit.

| | |
|---|---|
| Atty. No. 06201254 | Respectfully submitted, |
| Michael J. Greco, Attorney at Law | |
| Attorney for Plaintiff | SALVATORE ZICCARRELLI, |
| 175 W. Jackson Blvd. | |
| Suite 240 | |
| Chicago, Ill. 60604 | By:___/S/_ Michael J. Greco _____ |
| 312 222-0599 | Michael J. Greco |
| michaelgreco18@yahoo.com | Attorney for Plaintiff |