| | | |
|---|---|---|
| **State of Illinois** | ) | |
| | ) | **SS:** |
| **County of Cook** | ) | |

### UNITED STATES DISTRICT CIRCUIT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SALVATORE ZICCARELLI, | ) | Case No. 17 C 3179 |
| Plaintiff, | ) | |
| | ) | Judge Guzman |
| v. | ) | |
| THOMAS J. DART, Sheriff of Cook County, | ) | |
| Illinois, COOK COUNTY, ILLINOIS, a | ) | |
| Municipal Corporation and Body Politic, | ) | Magistrate Judge |
| Defendants. | ) | Jury Demanded |

## AFFIDAVIT OF SALVATORE ZICCARELLI

Salvatore Ziccarelli, being first duly sworn under oath, deposes and swears under penalties for perjury that he makes the following statements on the basis of his own personal knowledge and that the statements are true.

1. I was and remained employed as a Corrections Officer by Defendant THOMAS J. DART, SHERIFF OF COOK COUNTY ("Dart") and Cook County Sheriff's Office. ("CCSO") from approximately 1990 until September 2016.

2. On September 20, 2016, I effected my retirement from employment by Dart and the CCSO based upon an oral representation and threat from Defendant Wyola Shinnawi.

3. I am a White male, age fifty-four years. I have been diagnosed as afflicted with, and suffering from, anxiety, depression and post-traumatic stress disorder ("PTSD"). Prior to 2016,

$Ex. 1$

I had sought treatment of these conditions. In connection with such treatment, I reported my condition and physicians' diagnoses to Dart and CCSO, and specifically to persons working in the Human Resources Department for CCSO. As a result of such reporting, Defendants Dart and CCSO pre-approved me for Family and Medical Leave Act of 1993 ("FMLA") leave.

4.      I was FMLA-approved by CCSO as of January 1, 2016. CCSO personnel were also aware of my experiencing anxiety, depression and Post-Traumatic Stress Disorder ("PTSD").

5.      In addition to my psychological illnesses, I am afflicted with a long term or permanent shoulder / tendon injury which limits my physical capacity, specifically in regard to repetitive motions with the injured shoulder. I suffer from Deep Vein Thrombosis ("DVT") in the left leg, which causes blood-clotting and extreme swelling. These condition has been identified by Defendant Dart as a permanent condition for which I am entitled to benefits under the FMLA.

6.      My psychiatrist, Dr. Hangora, recommended in July 2016, that I take leave from working at CCSO for a period of eight weeks, and particularly that I undergo Partial Hospitalization Program to treat my PTSD during the eight weeks' leave. (Copies of my prescription and physician's report are attached as Exhibit 1 and made a part of this Affidavit).

7.      I promptly sought to arrange leave with CCSO and Dart's Human Resources personnel. CCSO personnel, specifically Human Resources employee Defendant Wyola Shinnawi, the FMLA liaison or representative within the CCSO Human Resources office, refused nevertheless to authorize the consecutive time period of leave, and advised me that I could not take medical leave or disability leave on days which immediately precede or follow weekends, holidays, or normal "days-off" for me, and that if I nonetheless did seek to take the time off I would be subject to discipline.

8.      According to CCSO records, I had ample medical leave time available to me

2

to take the eight weeks' leave pursuant to his psychiatrist's directions – I had approximately three months' worth of medical leave available to me, in fact.

9. I disagreed with Defendant Wyola Shinnawi's refusal, and pursued the issue, since following the directive of Defendant Wyola Shinnawi and CCSO Human Resources Department would materially interfere with my participation in the Partial Hospitalization Program prescribed by my psychiatrist. Nonetheless, CCSO Human Resources personnel, specifically Defendant Wyola Shinnawi, acting in her capacity as agent and Human Resources employee for Dart, refused to afford to me the time off in spite of my identified medical and psychiatric needs, insisting that I would be subject to discipline if I took time off as directed.

10. Fearing that I would be subject to disciplinary action to discharge me from my employment at CCSO if I took time off to address my psychiatric needs and trauma, I took early retirement on September 20, 2016. I was just fifty-two years old at the time of such retirement.

11. As a consequence of Defendant Wyola Shinnawi's and Defendant Dart / CCSO's actions and threats, I suffered a nervous breakdown in September, 2016.

12. Defendant Dart, CCSO and Defendant Wyola Shinnawi knew that I was a person with a disability at all times from July, 2016, through September, 2016, the time period of the events described hereinabove. Specifically, Dart, CCSO and Wyola knew that I suffered from PTSD, anxiety and depression, and that I received FMLA-required leave, approved by Dart and CCSO, in connection with these conditions. Defendants were aware of my shoulder tendon issue and left leg DVT, which also causes me substantial distress.

13. Defendant Wyola Shinnawi, individually and in her capacity as FMLA representative for Dart and CCSO, knew or should have known that my condition may deteriorate as a consequence of being denied prescribed treatment (outpatient hospitalization as directed by my

3

psychiatrist) and of the threat of discipline, and possible discharge from employment, if I were nonetheless to pursue the outpatient hospitalization.

14.     Defendant Wyola Shinnawi's testimony in her deposition in this case that she never threatened disciplinary action against me is untrue.

15.     I have never been disciplined for misconduct or insubordination or employment-related shortcomings as a CCSO Officer. On one occasion in 1989 I was wrongfully discharged from my employment for refusing to commit perjury, at the behest of the Cook County State's Attorney's Office, in a murder case pending in the Circuit Court of Cook County. I was forced to file a lawsuit in this Court to recover my employment, which was restored in 1990 as part of the resolution of that lawsuit. There is no reason I would leave my employment in September 2016, without exhausting my available medical leave (valued at $15,000.00 to $20,000.00 based upon my 2016 salary level).

16.     I was prescribed three distinct medications, to be consumed concurrently (at the same time period), beginning July 2016, based upon my extreme PTSD. I became extremely anxious as a consequence of my conversation with Defendant Wyola Shinnawi concerning potential discipline in the event I followed through with Dr. Hangora's partial hospitalization prescription and recommendation.

17.     I have never taken time off from work in order to extend a weekend or vacation, or to prolong celebration and festivities attendant to holidays, family gatherings, or popular sporting events. All of the time off that I took for medical leave and FMLA was based upon my medical needs and physical health needs, as well as my mental health needs.

4

Further Affiant sayeth naught.

Under penalties for perjury, the undersigned party, Salvatore Ziccarelli, deposes and says that he makes the foregoing statements on the basis of his own personal knowledge, that he would testify competently to the same, and that the statements are true.

SALVATORE ZICCARELLI, Plaintiff

Subscribed and sworn to before me this
21st day of April, 2018.

Notary Public

MICHAEL J GRECO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
March 05, 2022

Attorney No. 06201254
Michael J. Greco, Attorney at Law
Attorney for Plaintiff
175 W. Jackson Blvd., Suite 240
Chicago, Illinois 60684
312 222-0599
Email: michaelgreco18@yahoo.com

5



### Hinsdale Psychiatry, S.C.
201 E Ogden Ave Suite 130
Hinsdale, IL 60521-3633
Phone: 630-995-9905 Fax: 630-995-9908

### Danish Hangora, MD

**Patient Details**
Patient Name: Salvatore Ziccarelli
Age: 52 Year(s)
DOB: 11/10/1963
Gender: Male
MRN: 0000002922 e-RIN:

**Visit Details**
Visit Date: 09/15/2016

**Encounter Details**
Encounter Type: Follow Up

### Presenting Problem(s)
- Pt seen for f/u. he d/c the prozac due to SE: tremor and twitching of the eyelid. SE resolved after pt d/c the med Pt continues to struggle with following sx of PTSD: intrusive thoughts from the trauma, flashbacks, avoid people/environment that remind him of the trauma/sleep disturbance/nightmares/irritability/anhedonia/depressed mood and decreased motivation.
Temazepam helps with sleep.
Pt works as a Cook County Sheriff(x27yrs). Pt attributes toxic work environment for his sx of PTSD/anxiety.
Denies manic/hypomanic/psychotic sx. No delusions elicited. denies si/intent/plan/sib/hi. No hx of aggression towards others. No hx of legal issues. (reported by patient)

### Current Medication(s)
- Prozac 10 mg capsule: 1-capsule/by mouth / DAILY (Prescribed on: 08/18/2016 05:22 PM) (Dispense: 30 Capsule)
- temazepam 15 mg capsule: 1-capsule/by mouth / DAILY as needed (PRN) (Prescribed on: 08/18/2016 05:22 PM) (Additional Sig: insomnia, Dispense: 30 Capsule 30 day supply)

### History
- **Family History**
  - none
- **Psychiatric History**
  - no hx of hospitalization/SIB/SA
    Hx of seeing Therapist briefly in the past

    Med hx: zoloft("zombie"), xanax, Temazepam, paxil(SE: irritability/anxiety)
- **Medical History**
  - hx of chronic occasional left leg swelling
    denies hx of cardiac issues/thyroid issues/htn
- **Social History**
  - Single. Has 2 adult children
    Lives alone
    Works as a Cook County Sheriff x 27yrs
    Follows Christian faith and goes to church every week.

    Denies cigg/illicit drugs/Alcohol

### Mental Exam
- **General Behavior**: Mannerism: normal, Cooperative: normal, Appearance: normal, Psychomotor Activity: **tense**
- **Speech**: Quantity: normal, Rate: normal, Articulation: good
- **Emotional Function**: Affect (congruent with mood) , Mood ("anxious") , Overall Emotional State: **anxious**, **irritable**, Appropriate Energy Level: normal
- **Attentional Function**: Concentration: **able if coached**
- **Cognitive Functioning**: Normal: Cognitive functioning appears normal. Orientation normal. No memory loss is noted., Judgment: **intact**, Insightful: **has reasonable insight**, Independence: **has good social skills, has good ADL**
- **Risks**: Suicidality: Not suicidal: Denial convincing, **Suicidal plan or intent denied by patient: Denial Convincing**, Homicidal Ideation: No Homicidal Ideation
- **Psychotic Symptoms**: Normal: There are no apparent signs of delusions, hallucinations, bizarre behaviors or other indicators of psychosis. Thinking is logical.
- **Drug Intoxication/Withdrawal**: Normal: No signs of intoxication or withdrawal are in evidence.

### ROS
- **Psychiatry**: Suicidal thoughts (-), **Anxiety (+)**, **Stress (+)**, **Worrying (+)**, Homicidal thoughts (-)

### Assessment
- F43.10 - Post traumatic stress disorder

### Treatment Plan
- **Goal/Objectives:**

Ex. 1 to Affidavit

A1

Hinsdale Psychiatry, S.C.                                                    Danish Hangora, MD

- ○ Reduce Symptoms
- **Strategies/Techniques:**
  - ○ Support Techniques
- **Medication(s):**
  Discontinued drug(s):
  - ○ Prozac 10 mg capsule; 1-capsule/by mouth / DAILY (Prescribed on: 08/18/2016 05:22 PM)
    (Dispense: 30 Capsule)
  Prescribed drug(s):
  - ○ Zoloft 50 mg tablet: 1-tablet/by mouth / DAILY
    (Additional Sig: take half-tab for first 7days, Dispense: 30 Tablet 30 day supply)
  - ○ Klonopin 0.5 mg tablet: 1-tablet/by mouth / BID as needed (PRN)
    (Additional Sig: anxiety, Dispense: 60 Tablet 30 day supply)
- **Instructions/Recommendations/Plan:**
  - ○ Diagnostic impressions, based on the currently available information, were discussed.
  - ○ Discussed risks, benefits and side effects of medication. Patient gave informed consent.
  - ○ Support, counseling, and psychoeducation provided to patient/parent.
  - ○ Pt/parent expressed understanding and agreement to recommendations.
  - ○ Diagnostic evaluation is ongoing.
  - ○ R/B/SE/AE/black box warning/alt tx/no tx/how to give were reviewed with pt/parent.
  - ○ Safety: No imminent safety concerns were identified at today's visit.
  - ○ Pt/parent were encouraged to call with questions/concerns as needed. Contact information was provided.
  - ○ Pt/parent were advised that pt should avoid substance use as it may lead to negative mood changes, safety concerns, as well
    as various health risks.
  - ○ Advised pt/parent to call 911/go to the nearest ER in case of worsening clinical sx or safety concerns.
  - ○ d/c Prozac - pt d/c over 2 weeks ago
    Start zoloft 50mg qd - start half-tab x first week
    c/w Temazepam 15mg qhs prn insomnia
    Strongly rec psychotherapy/CBT/Exposure therapy/EMDR for Tx of PTSD - pt has been looking for a therapist and was given
    a list of therapist that accept his insurance in Loyola
    Strongly rec PHP - pt was given info/phone numbers of programs in Hinsdale/linden oaks/good samritan programs
    f/u 1 month
- **Visit & Procedure Codes:**
  - ○ 99214 - Established 99214, Unit(s): 1.00
  - ○ 90833 - PSYCHOTHERAPY PT&FAMILY W/E&M SRVCS 30 MIN, Unit(s): 1.00
- **Impression/Therapeutic Interventions in session:**
  - ○ Impression
  - ○ Time spent was 20-30 minutes face to face with patient and/or family and coordination of care.
  - ○ Pt shared feelings of anxiety
  - ○ Pt shared concerns over psychosocial stressors.
  - ○ pt d/c prozac b/c SE
    Discussed about staring zoloft for PTSD/anxiety and klonopin for anxiety
    c/w temazepam as it has been helping with occasional insomnia

    Risks/benefits of meds discussed, including risks of benzo: dependency/tolerance/abuse potential, which pt verbalized
    understanding
    pt expressed feelings of frustration due to on going high level of anxiety and the caustic work environment. Pt was validated
    and supportive therapy provided. Pt was rec to take 8 weeks off from work and attend PHP for high level of anxiety/PTSD. Pt
    is agreeable to the plan

Electronically Signed by Danish Hangora, MD on 09/15/2016 07:28 PM

Patient:Salvatore Ziccarelli                    DOB: 11/10/1963 Visit Date: 09/15/2016      Page 2/2

A2



## Hinsdale Psychiatry, S.C.
201 E Ogden Ave Suite 130
Hinsdale, IL 60521-3633
Phone: 630-995-9905 Fax: 630-995-9908
### Danish Hangora, MD

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| **Patient Details** | **Visit Details** | **Encounter Details** |
| Patient Name: Salvatore Ziccarelli | Visit Date: 08/18/2016 | Encounter Type: Follow Up |
| Age: 52 Year(s) | | |
| DOB: 11/10/1963 | | |
| Gender: Male | | |
| MRN: 0000002922 e-RIN: | | |

## Presenting Problem(s)
- Pt seen for f/u. Pt reports that he d/c the paxil about 2 weeks ago as it was causing increased irritability/anxiety and decreased libido.
  Pt continues to struggle with following sx of PTSD: intrusive thoughts from the trauma, flashbacks, avoid people/environment that remind him of the trauma/sleep disturbance/nightmares/irritability/anhedonia/depressed mood and decreased motivation.
  Temazepam helps with sleep.
  Pt works as a Cook County Sheriff(x27yrs). Pt attributes toxic work environment for his sx of PTSD/anxiety.
  Denies manic/hypomanic/psychotic sx. No delusions elicited. denies si/intent/plan/sib/hi. No hx of aggression towards others. No hx of legal issues. (reported by patient)

## Current Medication(s)
- temazepam 15 mg capsule: 1-capsule/by mouth / DAILY as needed (PRN) (Prescribed on: 07/21/2016 04:19 PM) (Additional Sig: insomnia, Dispense: 30 Capsule)
- Paxil 20 mg tablet: 1-tablet/by mouth / DAILY (Prescribed on: 07/21/2016 04:19 PM) (Dispense: 30 Tablet)

## History
- Family History
  - none
- Psychiatric History
  - no hx of hospitalization/SIB/SA
    Hx of seeing Therapist briefly in the past

    Med hx: zoloft("zombie"), xanax, Temazepam, paxil(SE: irritability/anxiety)
- Medical History
  - hx of chronic occasional left leg swelling
    denies hx of cardiac issues/thyroid issues/htn
- Social History
  - Single. Has 2 adult children
    Lives alone
    Works as a Cook County Sheriff x 27yrs
    Follows Christian faith and goes to church every week.

    Denies cigg/illicit drugs/Alcohol

## Mental Exam
- **General Behavior:** Mannerism: normal, Cooperative: normal, Appearance: normal, Psychomotor Activity: **tense**
- **Speech:** Quantity: normal, Rate: normal, Articulation: good
- **Emotional Function:** Affect (congruent with mood) , Mood: **Depressed mood: Downcast** and **Irritable** ("anxious"), Overall Emotional State: **dysthymic/depressed, anxious** and **irritable**
- **Attentional Function:** Concentration: normal, Vigilance: normal
- **Cognitive Functioning:** Normal: Cognitive functioning appears normal. Orientation normal. No memory loss is noted., Judgment: **intact, insightful: has reasonable insight**, Independence: **has good social skills** and **has good ADL**
- **Risks:** Suicidality: Not suicidal: Denial convincing and **Suicidal plan or intent denied by patient: Denial Convincing**, Homicidal Ideation: No Homicidal Ideation
- **Psychotic Symptoms:** Normal: There are no apparent signs of delusions, hallucinations, bizarre behaviors or other indicators of psychosis. Thinking is logical.
- **Drug Intoxication/Withdrawal:** Normal: No signs of intoxication or withdrawal are in evidence.

## ROS
- **Psychiatry:** Suicidal thoughts (-), Homicidal thoughts (-), **Stress (+), Anxiety (+)**

## Assessment
- F43.10 - Post traumatic stress disorder

## Treatment Plan

A3

Hinsdale Psychiatry, S.C.                                                    Danish Hangora, MD

- **Goal/Objectives:**
  - Reduce Symptoms
- **Strategies/Techniques:**
  - Support Techniques
- **Medication(s):**
  Discontinued drug(s):
  - Paxil 20 mg tablet: 1-tablet/by mouth / DAILY (Prescribed on: 07/21/2016 04:19 PM)
    (Dispense: 30 Tablet)
  Prescribed drug(s):
  - Prozac 10 mg capsule: 1-capsule/by mouth / DAILY
    (Dispense: 30 Capsule 30 day supply)
  Renewed drug(s):
  - temazepam 15 mg capsule: 1-capsule/by mouth / DAILY as needed (PRN)
    (Additional Sig: insomnia, Dispense: 30 Capsule 30 day supply)
- **Instructions/Recommendations/Plan:**
  - Diagnostic impressions, based on the currently available information, were discussed.
  - Discussed risks, benefits and side effects of medication. Patient gave informed consent.
  - Support, counseling, and psychoeducation provided to patient/parent.
  - Pt/parent expressed understanding and agreement to recommendations.
  - Diagnostic evaluation is ongoing.
  - R/B/SE/AE/black box warning/alt tx/no tx/how to give were reviewed with pt/parent.
  - Safety: No imminent safety concerns were identified at today's visit.
  - Pt/parent were encouraged to call with questions/concerns as needed. Contact information was provided.
  - Pt/parent were advised that pt should avoid substance use as it may lead to negative mood changes, safety concerns, as well as various health risks.
  - Advised pt/parent to call 911/go to the nearest ER in case of worsening clinical sx or safety concerns.
  - d/c paxil - pt d/c the med about 2 weeks ago
    Start Prozac 10mg qd - starting a low dose as pt appears to be sentive to antidepressants
    c/w Temazepam 15mg qhs prn insomnia

    Strongly rec psychotherapy/CBT/Exposure therapy/EMDR for Tx of PTSD - pt plans to find a therapist
    f/u 1 month
- **Visit & Procedure Codes:**
  - 99214 - Established 99214, Unit(s): 1.00
  - 90833 - PSYCHOTHERAPY PT&FAMILY W/E&M SRVCS 30 MIN, Unit(s): 1.00
- **Impression/Therapeutic Interventions in session:**
  - Pt was validated.
  - Impression
  - Supportive Therapy
  - Time spent was 20-30 minutes face to face with patient and/or family and coordination of care.
  - Discussed about starting prozac for sx of ptsd/anxiety.
    Risks/benefits of meds discussed, including risks of benzo: dependency/tolerance/abuse potential, which pt verbalized
    understanding

    pt expressed feelings of frustration due to on going high level of anxiety.

Electronically Signed by Danish Hangora, MD on 08/18/2016 07:16 PM

Patient:Salvatore Ziccarelli                DOB: 11/10/1963 Visit Date: 08/18/2016      Page 2/2

A4



**Hinsdale Psychiatry, S.C.**
201 E Ogden Ave Suite 130
Hinsdale, IL 60521-3633
Phone: 630-995-9905 Fax: 630-995-9908

**Danish Hangora, MD**

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| Patient Name: Salvatore Ziccarelli | Visit Date: 07/21/2016 | Encounter Type: New Patient |
| Age: 52 Year(s) | | |
| DOB: 11/10/1963 | | |
| Gender: Male | | |
| MRN: 0000002922 e-RIN: | | |

## Presenting Problem(s)

- Pt is a 52yo white male with hx of PTSD came for psych eval and to establish services with a new psychiatrist as he was not satisfied with his previous provider.
  Pt reports that he has been working as a Cook County Sheriff for over 27years. Pt reports that stressful environment at work/bullying at work by employer and being placed in threatening environment with inmates without any back-up multiple times over the years have caused him significant distress and over time he has developed symptoms of PTSD. He was first dx in 2011. He reports following sx: intrusive thoughts from the trauma, flashbacks, avoid people/environment that remind him of the trauma/sleep disturbance/nightmares/irritability/anhedonia/depressed mood/decreased motivation.
  Pt reports that PTSD sx are more related to being with inmates without back, but due to current toxic environment/bullying at work by his commander, he feels stressed out and very anxious at times.
  Pt reports that he has taken zoloft in the past, which he d/c as it was causing him to feel "like a zombie." He takes Temazepam 15mg prn insomnia, which helps.

  Denies manic/hypomanic/psychotic sx. No delusions elicited. denies si/intent/plan/sib/hi. No hx of aggression towards others. No hx of legal issues. (reported by patient)

## History

- **Family History**
  - none
- **Psychiatric History**
  - no hx of hospitalization/SIB/SA
    Hx of seeing Therapist briefly in the past

    Med hx: zoloft("zombie"), xanax, Temazepam
- **Medical History**
  - hx of chronic occasional left leg swelling
    denies hx of cardiac issues/thyroid issues/htn
- **Social History**
  - Single. Has 2 adult children
    Lives alone
    Works as a Cook County Sheriff x 27yrs
    Follows Christian faith and goes to church every week.

    Denies cigg/illicit drugs/Alcohol

## Mental Exam

- **General Behavior:** Mannerism: normal, Cooperative: normal, Appearance: normal, Psychomotor Activity: **tense**
- **Speech:** Quantity: normal, Rate: normal, Articulation: good
- **Emotional Function:** Affect (anxious/irritable) , Mood: **Depressed mood: Downcast and Irritable**, Overall Emotional State: **dysthymic/depressed, anxious and irritable**
- **Attentional Function:** Vigilance: normal
- **Cognitive Functioning:** Normal: Cognitive functioning appears normal. Orientation normal. No memory loss is noted., Pre-Occupation: **not notable**, Rituals: **not notable**, Misperceptions: **not notable**, Self Destructive: **not notable**, Orientation: normal, Judgment: **intact**, Management of Feedback: **willing/able to take next steps**, Insightful: **has reasonable insight**, Independence: **has good social skills and has good ADL**
- **Risks:** Suicidality: Not suicidal: Denial convincing and **Suicidal plan or intent denied by patient: Denial Convincing**, Homicidal Ideation: No Homicidal Ideation
- **Psychotic Symptoms:** Normal: There are no apparent signs of delusions, hallucinations, bizarre behaviors or other indicators of psychosis. Thinking is logical.
- **Drug Intoxication/Withdrawal:** Normal: No signs of intoxication or withdrawal are in evidence.

## Assessment

- F43.10 - Post traumatic stress disorder

A5

Hinsdale Psychiatry, S.C.                                                        Danish Hangora, MD

## Treatment Plan
- **Goal/Objectives:**
  - Reduce Symptoms
- **Strategies/Techniques:**
  - Support Techniques
- **Medication(s):**
  Prescribed drug(s):
  - temazepam 15 mg capsule: 1-capsule/by mouth / DAILY as needed (PRN)
    (Additional Sig: insomnia, Dispense: 30 Capsule 30 day supply)
  - Paxil 20 mg tablet: 1-tablet/by mouth / DAILY
    (Dispense: 30 Tablet 30 day supply)
  - **Instructions/Recommendations/Plan:**
    - Diagnostic impressions, based on the currently available information, were discussed.
    - Discussed risks, benefits and side effects of medication. Patient gave informed consent.
    - Support, counseling, and psychoeducation provided to patient/parent.
    - Pt/parent expressed understanding and agreement to recommendations.
    - Diagnostic evaluation is ongoing.
    - R/B/SE/AE/black box warning/alt tx/no tx/how to give were reviewed with pt/parent.
    - Safety: No imminent safety concerns were identified at today's visit.
    - Pt/parent were encouraged to call with questions/concerns as needed. Contact information was provided.
    - Pt/parent were advised that pt should avoid substance use as it may lead to negative mood changes, safety concerns, as well as various health risks.
    - Advised pt/parent to call 911/go to the nearest ER in case of worsening clinical sx or safety concerns.
    - Start Paxil 20mg qd - start half-tab x first week
      c/w Temazepam 15mg qhs prn insomnia

      Strongly rec psychotherapy/CBT/Exposure therapy for Tx of PTSD
      note given to pt to allow him to take off from work when needed when anxiety is very high
      f/u 1 month
  - **Visit & Procedure Codes:**
    - 90792 - PSYCHIATRIC DIAGNOSTIC EVAL W/MEDICAL SERVICES, Unit(s): 1.00
  - **Impression/Therapeutic Interventions in session:**
    - Time spent was 45 minutes face to face with patient and/or family and coordination of care.
    - Impression
    - Supportive Therapy
    - The focus of today's session was on assessing the type and severity of the problem.
    - Pt expressed feelings of frustration.
    - Pt was validated.
    - Pt shared feelings of anxiety
    - Pt shared concerns over psychosocial stressors.
    - dx: PTSD; r/o Depressive d/o nos

      Discussed about starting paxil to target PTSD sx/anxiety and c/w temazepam for insomnia as it seems to be helping
      Risks/benefits of med discussed. Pt if very motivated for tx/improvement of sx.

Electronically Signed by Danish Hangora, MD on 07/21/2016 04:07 PM



## Hinsdale Psychiatry, S.C.

201 E Ogden Ave Suite 130
Hinsdale, IL 60521-3633
Phone: 630-995-9905 Fax: 630-995-9908

### Hillary L. Schoninger, LCSW

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| Patient Name: Salvatore Ziccarelli | Visit Date: 07/07/2016 | Encounter Type: New Patient |
| Age: 52 Year(s) | | |
| DOB: 11/10/1963 | | |
| Gender: Male | | |
| MRN: 0000002922 e-RIN: | | |

## Presenting Problem(s)
- Client presents with acute anxiety, issues of adjustment, and PTSD (reported by patient)

## Current Medication(s)
Does not take medication

## Mental Exam
- **General Behavior:** Mannerism: normal and appropriate, Cooperative: normal and appropriate, Appearance: normal and appropriate, Psychomotor Activity: normal
- **Speech:** Quantity: normal, Rate: normal, Articulation: good, Spontaneity: normal
- **Emotional Function:** Affect: normal, Mood: normal, Overall Emotional State: normal, Appropriate Energy Level: normal, consistent, reliable, responds to external demands: can respond to external demands and can respond to internal demands and responds to internal demands, Etiology of Energy Problem: normal
- **Attentional Function:** Level of Consciousness: normal, Focus: normal, good selective focus: effectively, adequate focus maintainance: able and ability to shift focus: able to maintained a sustained focus and stays focus during emotional events, Attention: normal and maintains effectively without coaching: distinquish between stimuli and does not distinguish between stimuli, Concentration: normal, Vigilance: normal, Awareness: normal, Behavioral Response: normal, Enacting: normal, Self Regulation: normal, Social Regulation: normal
- **Learning Function:** Activation: normal, Habituation: normal
- **Cognitive Functioning:** Normal: Cognitive functioning appears normal. Orientation normal. No memory loss is noted., Orientation: normal, Judgment: normal, Intelligence: normal, Management of Feedback: normal, Insightful: normal, Independence: normal
- **Risks:** As Victim: none, As Perpetrator: none, Suicidality: Not suicidal: Denial convincing, Homicidal Ideation: No Homicidal Ideation
- **Psychotic Symptoms:** Normal: There are no apparent signs of delusions, hallucinations, bizarre behaviors or other indicators of psychosis. Thinking is logical., Affect: Appropriate, Thought Process: Intact and Logical, Behavior: normal
- **Drug Intoxication/Withdrawal:** Normal: No signs of intoxication or withdrawal are in evidence.
- Had a productive initial session. Spent considerable time getting updated in regards to why client is choosing to begin treatment now. Client spent time processing that he has been having acute anxiety and stress symptoms due to feeling overwhelmed by his job and its stressful environment and culture. Client reported that he has been in corrections field for over 30 years and is contemplating retiring due to his anxiety and PTSD symptoms. Client appears to be struggling tremendously with this decision due to his habitual work life and routine. Client appears to be wanting MD appointment in order to look into medication to treat anxiety. Client reported he used to be on Zoloft however reported it made him too groggy. Client seems skeptical of therapy however wants his anxiety treated.

## Assessment
- F43.10 - Post traumatic stress disorder

## Treatment Plan
- **Goal/Objectives:**
  - Goal specific Strengths/Needs/Abilities/Resources
  - Treatment Objectives
  - Treatment Goals
  - Reduce Symptoms
- **Strategies/Techniques:**
  - Assessment Techniques
  - Behavioral Strategies
  - Biological Strategies
  - Coaching Techniques
  - Explore Techniques
  - Inquiry Techniques
  - Social Strategies
  - Support Techniques
- **Instructions/Recommendations/Plan:**
  - Diagnostic impressions, based on the currently available information, were discussed.
  - Discussed risks, benefits and side effects of medication. Patient gave informed consent.

Hinsdale Psychiatry, S.C.                                    Hillary L. Schoninger, LCSW

- o Support, counseling, and psychoeducation provided to patient/parent.
- o Pt/parent expressed understanding and agreement to recommendations.
- o Diagnostic evaluation is ongoing.
- **Follow Up:**
  - o After 1 month(s) (client to benefit from MD evaluation)
- **Visit & Procedure Codes:**
  - o 90791 - Psychiatric diagnostic evaluation, Unit(s): 1.00
- **Impression/Therapeutic Interventions in session:**
  - o Pt expressed feelings of frustration.
  - o Pt was validated.
  - o Pt shared feelings of anxiety
  - o Pt shared concerns over psychosocial stressors.
  - o Impression
  - o Time spent was 60 minutes face to face with patient and/or family and coordination of care.
  - o Supportive Therapy
  - o The focus of today's session was on assessing the type and severity of the problem.

*H Schoninger LCSW*

Electronically Signed by Hillary L. Schoninger, LCSW on 07/08/2016 07:40 AM

**Hinsdale Psychiatry, S.C.**
601 Ogden Ave Suite 130
Hinsdale, IL 60521-3633
Phone: 630-995-9905 Fax: 630-995-9908

**Danish Hangora, MD**

**Patient Details**
Patient Name: Salvatore Ziccarelli
Age: 52 Year(s)
DOB: 11/10/1963
Gender: Male
MRN: 0000002922 e-RIN:

**Visit Details**
Visit Date: 09/15/2016

**Encounter Details**
Encounter Type: Follow Up

## Presenting Problem(s)

- Pt seen for f/u. he d/c the prozac due to SE: tremor and twitching of the eyelid. SE resolved after pt d/c the med
  Pt continues to struggle with following sx of PTSD: intrusive thoughts from the trauma, flashbacks, avoid people/environment that remind him of the trauma/sleep disturbance/nightmares/irritability/anhedonia/depressed mood and decreased motivation.
  Temazepam helps with sleep.
  Pt works as a Cook County Sheriff(x27yrs). Pt attributes toxic work environment for his sx of PTSD/anxiety. Denies manic/hypomanic/psychotic sx. No delusions elicited. denies si/intent/plan/sib/hi. No hx of aggression towards others. No hx of legal issues. (reported by patient)

## Current Medication(s)

- Prozac 10 mg capsule: 1-capsule/by mouth / DAILY (Prescribed on: 08/18/2016 05:22 PM) (Dispense: 30 Capsule)
- temazepam 15 mg capsule: 1-capsule/by mouth / DAILY as needed (PRN) (Prescribed on: 08/18/2016 05:22 PM) (Additional Sig: insomnia, Dispense: 30 Capsule 30 day supply)

## History

- **Family History**
  - none
- **Psychiatric History**
  - no hx of hospitalization/SIB/SA
    Hx of seeing Therapist briefly in the past

    Med hx: zoloft("zombie"), xanax, Temazepam, paxil(SE: irritability/anxiety)
- **Medical History**
  - hx of chronic occasional left leg swelling
    denies hx of cardiac issues/thyroid issues/htn
- **Social History**
  - Single. Has 2 adult children
    Lives alone
    Works as a Cook County Sheriff x 27yrs
    Follows Christian faith and goes to church every week.

    Denies cigg/illicit drugs/Alcohol

## Mental Exam

- **General Behavior**: Mannerism: normal, Cooperative: normal, Appearance: normal, Psychomotor Activity: **tense**
- **Speech**: Quantity: normal, Rate: normal, Articulation: good
- **Emotional Function**: Affect (congruent with mood) , Mood ("anxious") , Overall Emotional State: **anxious, irritable**, Appropriate Energy Level: normal
- **Attentional Function**: Concentration: **able if coached**
- **Cognitive Functioning**: Normal: Cognitive functioning appears normal. Orientation normal. No memory loss is noted., Judgment: intact, Insightful: **has reasonable insight**, Independence: **has good social skills**, **has good ADL**
- **Risks**: Suicidality: Not suicidal: Denial convincing, **Suicidal plan or intent denied by patient**: **Denial Convincing**, Homicidal Ideation: No Homicidal Ideation
- **Psychotic Symptoms**: Normal: There are no apparent signs of delusions, hallucinations, bizarre behaviors or other indicators of psychosis. Thinking is logical.
- **Drug Intoxication/Withdrawal**: Normal: No signs of intoxication or withdrawal are in evidence.

## ROS

- **Psychiatry**: Suicidal thoughts (-), **Anxiety (+)**, **Stress (+)**, **Worrying (+)**, Homicidal thoughts (-)

## Assessment

- F43.10 - Post traumatic stress disorder

## Treatment Plan

- **Goal/Objectives:**

- ○ Reduce Symptoms
- **Strategies/Techniques:**
  - ○ Support Techniques
- **Medication(s):**
  Discontinued drug(s):
  - ○ Prozac 10 mg capsule: 1-capsule/by mouth / DAILY (Prescribed on: 08/18/2016 05:22 PM)
    (Dispense: 30 Capsule)
  Prescribed drug(s):
  - ○ Zoloft 50 mg tablet: 1-tablet/by mouth / DAILY
    (Additional Sig: take half-tab for first 7days, Dispense: 30 Tablet 30 day supply)
  - ○ Klonopin 0.5 mg tablet: 1-tablet/by mouth / BID as needed (PRN)
    (Additional Sig: anxiety, Dispense: 60 Tablet 30 day supply)
- **Instructions/Recommendations/Plan:**
  - ○ Diagnostic impressions, based on the currently available information, were discussed.
  - ○ Discussed risks, benefits and side effects of medication. Patient gave informed consent.
  - ○ Support, counseling, and psychoeducation provided to patient/parent.
  - ○ Pt/parent expressed understanding and agreement to recommendations.
  - ○ Diagnostic evaluation is ongoing.
  - ○ R/B/SE/AE/black box warning/alt tx/no tx/how to give were reviewed with pt/parent.
  - ○ Safety: No imminent safety concerns were identified at today's visit.
  - ○ Pt/parent were encouraged to call with questions/concerns as needed. Contact information was provided.
  - ○ Pt/parent were advised that pt should avoid substance use as it may lead to negative mood changes, safety concerns, as well as various health risks.
  - ○ Advised pt/parent to call 911/go to the nearest ER in case of worsening clinical sx or safety concerns.
  - ○ d/c Prozac - pt d/c over 2 weeks ago
    Start zoloft 50mg qd - start half-tab x first week
    c/w Temazepam 15mg qhs prn insomnia
    Strongly rec psychotherapy/CBT/Exposure therapy/EMDR for Tx of PTSD - pt has been looking for a therapist and was given a list of therapist that accept his insurance in Loyola
    Strongly rec PHP - pt was given info/phone numbers of programs in Hinsdale/linden oaks/good samritan programs
    f/u 1 month
- **Visit & Procedure Codes:**
  - ○ 99214 - Established 99214, Unit(s): 1.00
  - ○ 90833 - PSYCHOTHERAPY PT&FAMILY W/E&M SRVCS 30 MIN, Unit(s): 1.00
- **Impression/Therapeutic Interventions in session:**
  - ○ Impression
  - ○ Time spent was 20-30 minutes face to face with patient and/or family and coordination of care.
  - ○ Pt shared feelings of anxiety
  - ○ Pt shared concerns over psychosocial stressors.
  - ○ pt d/c prozac b/c SE
    Discussed about staring zoloft for PTSD/anxiety and klonopin for anxiety
    c/w temazepam as it has been helping with occasional insomnia.

    Risks/benefits of meds discussed, including risks of benzo: dependency/tolerance/abuse potential, which pt verbalized understanding
    pt expressed feelings of frustration due to on going high level of anxiety and the caustic work environment. Pt was validated and supportive therapy provided. Pt was rec to take 8 weeks off from work and attend PHP for high level of anxiety/PTSD. Pt is agreeable to the plan

Electronically Signed by Danish Hangora, MD on 09/15/2016 07:28 PM

Hinsdale Psychiatry, S.C.
Hinsdale, IL 60521-3633
Phone: 630-995-9905 Fax: 630-995-9908

**Danish Hangora, MD**
**Visit Details**
Visit Date: 08/18/2016

**Patient Details**
Patient Name: Salvatore Ziccarelli
Age: 52 Year(s)
DOB: 11/10/1963
Gender: Male
MRN: 0000002922 e-RIN:

**Encounter Details**
Encounter Type: Follow Up

## Presenting Problem(s)

- Pt seen for f/u. Pt reports that he d/c the paxil about 2 weeks ago as it was causing increased irritability/anxiety and decreased libido.
  Pt continues to struggle with following sx of PTSD: intrusive thoughts from the trauma, flashbacks, avoid people/environment that remind him of the trauma/sleep disturbance/nightmares/irritability/anhedonia/depressed mood and decreased motivation.
  Temazepam helps with sleep.
  Pt works as a Cook County Sheriff(x27yrs). Pt attributes toxic work environment for his sx of PTSD/anxiety. Denies manic/hypomanic/psychotic sx. No delusions elicited. denies si/intent/plan/sib/hi. No hx of aggression towards others. No hx of legal issues. (reported by patient)

## Current Medication(s)

- temazepam 15 mg capsule: 1-capsule/by mouth / DAILY as needed (PRN) (Prescribed on: 07/21/2016 04:19 PM) (Additional Sig: insomnia, Dispense: 30 Capsule)
- Paxil 20 mg tablet: 1-tablet/by mouth / DAILY (Prescribed on: 07/21/2016 04:19 PM) (Dispense: 30 Tablet)

## History

- **Family History**
  ○ none
- **Psychiatric History**
  ○ no hx of hospitalization/SIB/SA
  Hx of seeing Therapist briefly in the past

  Med hx: zoloft("zombie"), xanax, Temazepam, paxil(SE: irritability/anxiety)
- **Medical History**
  ○ hx of chronic occasional left leg swelling
  denies hx of cardiac issues/thyroid issues/htn
- **Social History**
  ○ Single. Has 2 adult children
  Lives alone
  Works as a Cook County Sheriff x 27yrs
  Follows Christian faith and goes to church every week.

  Denies cigg/illicit drugs/Alcohol

## Mental Exam

- **General Behavior**: Mannerism: normal, Cooperative: normal, Appearance: normal, Psychomotor Activity: **tense**
- **Speech**: Quantity: normal, Rate: normal, Articulation: normal
- **Emotional Function**: Affect (congruent with mood) , Mood: **Depressed mood**: **Downcast** and **Irritable** ("anxious"), Overall Emotional State: **dysthymic/depressed, anxious** and **irritable**
- **Attentional Function**: Concentration: normal, Vigilance: normal
- **Cognitive Functioning**: Normal: Cognitive functioning appears normal. Orientation normal. No memory loss is noted., Judgment: intact, Insightful: **has reasonable insight**, Independence: **has good social skills** and **has good ADL**
- **Risks**: Suicidality: Not suicidal: Denial convincing and **Suicidal plan or intent denied by patient**: **Denial Convincing**, Homicidal Ideation: No Homicidal Ideation
- **Psychotic Symptoms**: Normal: There are no apparent signs of delusions, hallucinations, bizarre behaviors or other indicators of psychosis. Thinking is logical.
- **Drug Intoxication/Withdrawal**: Normal: No signs of intoxication or withdrawal are in evidence.

## ROS

- **Psychiatry**: Suicidal thoughts (-), Homicidal thoughts (-), **Stress (+), Anxiety (+)**

## Assessment

- F43.10 - Post traumatic stress disorder

## Treatment Plan

- **Goal/Objectives:**
  - Reduce Symptoms
- **Strategies/Techniques:**
  - Support Techniques
- **Medication(s):**
  Discontinued drug(s):
  - Paxil 20 mg tablet: 1-tablet/by mouth / DAILY (Prescribed on: 07/21/2016 04:19 PM)
    (Dispense: 30 Tablet)
  Prescribed drug(s):
  - Prozac 10 mg capsule: 1-capsule/by mouth / DAILY
    (Dispense: 30 Capsule 30 day supply)
  Renewed drug(s):
  - temazepam 15 mg capsule: 1-capsule/by mouth / DAILY as needed (PRN)
    (Additional Sig: insomnia, Dispense: 30 Capsule 30 day supply)
- **Instructions/Recommendations/Plan:**
  - Diagnostic impressions, based on the currently available information, were discussed.
  - Discussed risks, benefits and side effects of medication. Patient gave informed consent.
  - Support, counseling, and psychoeducation provided to patient/parent.
  - Pt/parent expressed understanding and agreement to recommendations.
  - Diagnostic evaluation is ongoing.
  - R/B/SE/AE/black box warning/alt tx/no tx/how to give were reviewed with pt/parent.
  - Safety: No imminent safety concerns were identified at today's visit.
  - Pt/parent were encouraged to call with questions/concerns as needed. Contact information was provided.
  - Pt/parent were advised that pt should avoid substance use as it may lead to negative mood changes, safety concerns, as well as various health risks.
  - Advised pt/parent to call 911/go to the nearest ER in case of worsening clinical sx or safety concerns.
  - d/c paxil - pt d/c the med about 2 weeks ago
    Start Prozac 10mg qd - starting a low dose as pt appears to be sentive to antidepressants
    c/w Temazepam 15mg qhs prn insomnia

    Strongly rec psychotherapy/CBT/Exposure therapy/EMDR for Tx of PTSD - pt plans to find a therapist
    f/u 1 month
- **Visit & Procedure Codes:**
  - 99214 - Established 99214, Unit(s): 1.00
  - 90833 - PSYCHOTHERAPY PT&/FAMILY W/E&M SRVCS 30 MIN, Unit(s): 1.00
- **Impression/Therapeutic Interventions in session:**
  - Pt was validated.
  - Impression
  - Supportive Therapy
  - Time spent was 20-30 minutes face to face with patient and/or family and coordination of care.
  - Discussed about starting prozac for sx of ptsd/anxiety.
    Risks/benefits of meds discussed, including risks of benzo: dependency/tolerance/abuse potential, which pt verbalized understanding

    pt expressed feelings of frustration due to on going high level of anxiety.

Electronically Signed by Danish Hangora, MD on 08/18/2016 07:16 PM

Hinsdale Psychiatry, S.C.

Hinsdale, IL 60521-3633
Phone: 630-995-9905 Fax: 630-995-9908

**Danish Hangora, MD**

| | | |
|---|---|---|
| **Patient Details**<br>Patient Name: Salvatore Ziccarelli<br>Age: 52 Year(s)<br>DOB: 11/10/1963<br>Gender: Male<br>MRN: 0000002922 e-RIN: | **Visit Details**<br>Visit Date: 07/21/2016 | **Encounter Details**<br>Encounter Type: New Patient |

## Presenting Problem(s)

- Pt is a 52yo white male with hx of PTSD came for psych eval and to establish services with a new psychiatrist as he was not satisfied with his previous provider.
  Pt reports that he has been working as a Cook County Sheriff for over 27years. Pt reports that stressful environment at work/bullying at work by employer and being placed in threatening environment with inmates without any back-up multiple times over the years have caused him significant distress and over time he has developed symptoms of PTSD. He was first dx in 2011. He reports following sx: intrusive thoughts from the trauma, flashbacks, avoid people/environment that remind him of the trauma/sleep disturbance/nightmares/irritability/anhedonia/depressed mood/decreased motivation.
  Pt reports that PTSD sx are more related to being with inmates without back, but due to current toxic environment/bullying at work by his commander, he feels stressed out and very anxious at times.
  Pt reports that he has taken zoloft in the past, which he d/c as it was causing him to feel "like a zombie." He takes Temazepam 15mg prn insomnia, which helps.

  Denies manic/hypomanic/psychotic sx. No delusions elicited. denies si/intent/plan/sib/hi. No hx of aggression towards others. No hx of legal issues. (reported by patient)

## History

- **Family History**
  - none
- **Psychiatric History**
  - no hx of hospitalization/SIB/SA
    Hx of seeing Therapist briefly in the past

    Med hx: zoloft("zombie"), xanax, Temazepam
- **Medical History**
  - hx of chronic occasional left leg swelling
    denies hx of cardiac issues/thyroid issues/htn
- **Social History**
  - Single. Has 2 adult children
    Lives alone
    Works as a Cook County Sheriff x 27yrs
    Follows Christian faith and goes to church every week.

    Denies cigg/illicit drugs/Alcohol

## Mental Exam

- **General Behavior**: Mannerism: normal, Cooperative: normal, Appearance: normal, Psychomotor Activity: **tense**
- **Speech**: Quantity: normal, Rate: normal, Articulation: good
- **Emotional Function**: Affect (anxious/irritable) , Mood: **Depressed mood**: **Downcast** and **Irritable**, Overall Emotional State: **dysthymic/depressed, anxious** and **irritable**
- **Attentional Function**: Vigilance: normal
- **Cognitive Functioning**: Normal: Cognitive functioning appears normal. Orientation normal. No memory loss is noted., Pre-Occupation: **not notable**, Rituals: **not notable**, Misperceptions: **not notable**, Self Destructive: **not notable**, Orientation: normal, Judgment: **intact**, Management of Feedback: **willing/able to take next steps**, Insightful: **has reasonable insight**, Independence: **has good social skills** and **has good ADL**
- **Risks**: Suicidality: Not suicidal: Denial convincing and **Suicidal plan or intent denied by patient**: **Denial Convincing**, Homicidal Ideation: No Homicidal Ideation
- **Psychotic Symptoms**: Normal: There are no apparent signs of delusions, hallucinations, bizarre behaviors or other indicators of psychosis. Thinking is logical.
- **Drug Intoxication/Withdrawal**: Normal: No signs of intoxication or withdrawal are in evidence.

## Assessment

- F43.10 - Post traumatic stress disorder

**Hinsdale Psychiatry, S.C.**
10 E. Ogden Ave Suite 130
Hinsdale, IL 60521-3633
Phone: 630-995-9905 Fax: 630-995-9908

**Hillary L. Schoninger, LCSW**

**Visit Details**
**Visit Date:** 07/07/2016

**Patient Details**
Patient Name: Salvatore Ziccarelli
Age: 52 Year(s)
DOB: 11/10/1963
Gender: Male
MRN: 0000002922 e-RIN:

**Encounter Details**
**Encounter Type:** New Patient

## Presenting Problem(s)
- **Client presents with acute anxiety, issues of adjustment, and PTSD** (reported by patient)

## Current Medication(s)
**Does not take medication**

## Mental Exam
- **General Behavior**: Mannerism: normal and appropriate, Cooperative: normal and appropriate, Appearance: normal and appropriate, Psychomotor Activity: normal
- **Speech**: Quantity: normal, Rate: normal, Articulation: good, Spontaneity: normal
- **Emotional Function**: Affect: normal, Mood: normal, Overall Emotional State: normal, Appropriate Energy Level: normal, consistent, reliable, responds to external demands: can respond to external demands and can respond to internal demands and responds to internal demands, Etiology of Energy Problem: normal
- **Attentional Function**: Level of Consciousness: normal, Focus: normal, good selective focus: effectively, adequate focus maintainance: able and ability to shift focus: able to maintained a sustained focus and stays focus during emotional events, Attention: normal and maintains effectively without coaching: distinguish between stimuli and does not distinguish between stimuli, Concentration: normal, Vigilance: normal, Awareness: normal, Behavioral Response: normal, Enacting: normal, Self Regulation: normal, Social Regulation: normal
- **Learning Function**: Activation: normal, Habituation: normal
- **Cognitive Functioning**: Normal: Cognitive functioning appears normal. Orientation normal. No memory loss is noted., Orientation: normal, Judgment: normal, Intelligence: normal, Management of Feedback: normal, Insightful: normal, Independence: normal
- **Risks**: As Victim: none, As Perpetrator: none, Suicidality: Not suicidal: Denial convincing, Homicidal Ideation: No Homicidal Ideation
- **Psychotic Symptoms**: Normal: There are no apparent signs of delusions, hallucinations, bizarre behaviors or other indicators of psychosis. Thinking is logical., Affect: Appropriate, Thought Process: Intact and Logical, Behavior: normal
- **Drug Intoxication/Withdrawal**: Normal: No signs of intoxication or withdrawal are in evidence.
- Had a productive initial session. Spent considerable time getting updated in regards to why client is choosing to begin treatment now. Client spent some time processing that he has been having acute anxiety and stress symptoms due to feeling overwhelmed by his job and its stressful environment and culture. Client reported that he has been in corrections field for over 30 years and is contemplating retiring due to his anxiety and PTSD symptoms. Client appears to be struggling tremendously with this decision due to his habitual work life and routine. Client appears to be wanting MD appointment in order to look into medication to treat anxiety. Client reported he used to be on Zoloft however reported it made him too groggy. Client seems skeptical of therapy however wants his anxiety treated.

## Assessment
- F43.10 - Post traumatic stress disorder

## Treatment Plan
- **Goal/Objectives:**
  - Goal specific Strengths/Needs/Abilities/Resources
  - Treatment Objectives
  - Treatment Goals
  - Reduce Symptoms
- **Strategies/Techniques:**
  - Assessment Techniques
  - Behavioral Strategies
  - Biological Strategies
  - Coaching Techniques
  - Explore Techniques
  - Inquiry Techniques
  - Social Strategies
  - Support Techniques
- **Instructions/Recommendations/Plan:**
  - Diagnostic impressions, based on the currently available information, were discussed.
  - Discussed risks, benefits and side effects of medication. Patient gave informed consent.

**Treatment Plan**

- **Goal/Objectives:**
  - Reduce Symptoms
- **Strategies/Techniques:**
  - Support Techniques
- **Medication(s):**
  Prescribed drug(s):
  - temazepam 15 mg capsule: 1-capsule/by mouth / DAILY as needed (PRN)
    (Additional Sig: insomnia, Dispense: 30 Capsule 30 day supply)
  - Paxil 20 mg tablet: 1-tablet/by mouth / DAILY
    (Dispense: 30 Tablet 30 day supply)
  - **Instructions/Recommendations/Plan:**
    - Diagnostic impressions, based on the currently available information, were discussed.
    - Discussed risks, benefits and side effects of medication. Patient gave informed consent.
    - Support, counseling, and psychoeducation provided to patient/parent.
    - Pt/parent expressed understanding and agreement to recommendations.
    - Diagnostic evaluation is ongoing.
    - R/B/SE/AE/black box warning/alt tx/no tx/how to give were reviewed with pt/parent.
    - Safety: No imminent safety concerns were identified at today's visit.
    - Pt/parent were encouraged to call with questions/concerns as needed. Contact information was provided.
    - Pt/parent were advised that pt should avoid substance use as it may lead to negative mood changes, safety concerns, as well as various health risks.
    - Advised pt/parent to call 911/go to the nearest ER in case of worsening clinical sx or safety concerns.
    - Start Paxil 20mg qd - start half-tab x first week
      c/w Temazepam 15mg qhs prn insomnia

      Strongly rec psychotherapy/CBT/Exposure therapy for Tx of PTSD
      note given to pt to allow him to take off from work when needed when anxiety is very high
      f/u 1 month
  - **Visit & Procedure Codes:**
    - 90792 - PSYCHIATRIC DIAGNOSTIC EVAL W/MEDICAL SERVICES, Unit(s): 1.00
  - **Impression/Therapeutic Interventions in session:**
    - Time spent was 45 minutes face to face with patient and/or family and coordination of care.
    - Impression
    - Supportive Therapy
    - The focus of today's session was on assessing the type and severity of the problem.
    - Pt expressed feelings of frustration.
    - Pt was validated.
    - Pt shared feelings of anxiety
    - Pt shared concerns over psychosocial stressors.
    - dx: PTSD; r/o Depressive d/o nos

      Discussed about starting paxil to target PTSD sx/anxiety and c/w temazepam for insomnia as it seems to be helping
      Risks/benefits of med discussed. Pt if very motivated for tx/improvement of sx.

Electronically Signed by Danish Hangora, MD on 07/21/2016 04:07 PM

- ○ Support counseling and psychoeducation provided to patient/parent.
- ○ Pt/parent expressed understanding and agreement to recommendations.
- ○ Diagnostic evaluation is ongoing.
- **Follow Up:**
  - ○ After 1 month(s) (client to benefit from MD evaluation)
- **Visit & Procedure Codes:**
  - ○ 90791 - Psychiatric diagnostic evaluation, Unit(s): 1.00
- **Impression/Therapeutic Interventions in session:**
  - ○ Pt expressed feelings of frustration.
  - ○ Pt was validated.
  - ○ Pt shared feelings of anxiety
  - ○ Pt shared concerns over psychosocial stressors.
  - ○ Impression
  - ○ Time spent was 60 minutes face to face with patient and/or family and coordination of care.
  - ○ Supportive Therapy
  - ○ The focus of today's session was on assessing the type and severity of the problem.

*H Schoninger LCSW*

Electronically Signed by Hillary L. Schoninger, LCSW on 07/08/2016 07:40 AM

Designation Notice
(Family and Medical Leave Act)

U.S. Department of Labor
Wage and Hour Division



U.S. Wage and Hour Division

OMB Control Number: 1235-0003
Expires: 5/31/2018

Leave covered under the Family and Medical Leave Act (FMLA) must be designated as FMLA-protected and the employer must inform the employee of the amount of leave that will be counted against the employee's FMLA leave entitlement. In order to determine whether leave is covered under the FMLA, the employer may request that the leave be supported by a certification. If the certification is incomplete or insufficient, the employer must state in writing what additional information is necessary to make the certification complete and sufficient. While use of this form by employers is optional, a fully completed Form WH-382 provides an easy method of providing employees with the written information required by 29 C.F.R. §§ 825.300(c), 825.301, and 825.305(c).

To:     Salvatore Ziccarelli- Ex Ops #386581

Date:     December 29, 2015

We have reviewed your request for leave under the FMLA and any supporting documentation that you have provided.
We received your most recent information on  December 24, 2015                    and decided:

_X_  Your FMLA leave request is approved. All leave taken for this reason will be designated as FMLA leave.

The FMLA requires that you notify us as soon as practicable if dates of scheduled leave change or are extended, or were initially unknown.  Based on the information you have provided to date, we are providing the following information about the amount of time that will be counted against your leave entitlement:

_____  Provided there is no deviation from your anticipated leave schedule, the following number of hours, days, or weeks will be counted against your leave entitlement: _

_X_     Because the leave you will need will be unscheduled, it is not possible to provide the hours, days, or weeks that will be counted against your FMLA entitlement at this time.  You have the right to request this information once in a 30-day period (if leave was taken in the 30-day period).  **Approved: INT/S, January 28, 2016, Up to 7 episodes a month, up to 1 day per episode**

Please be advised (check if applicable):
_____  You have requested to use paid leave during your FMLA leave.  Any paid leave taken for this reason will count against your FMLA leave entitlement.

_____  We are requiring you to substitute or use paid leave during your FMLA leave.

_____ You will be required to present a fitness-for-duty certificate to be restored to employment.  If such certification is not timely received, your return to work may be delayed until certification is provided.  A list of the essential functions of your position ___ is ___ is not attached.  If attached, the fitness-for-duty certification must address your ability to perform these functions.

_____ **Additional information is needed to determine if your FMLA leave request can be approved:**

_____  The certification you have provided is not complete and sufficient to determine whether the FMLA applies to your leave request.  You must provide the following information no later than _____, unless it is not
                                                                         (Provide at least seven calendar days)
practicable under the particular circumstances despite your diligent good faith efforts, or your leave may be denied.

_____
(Specify information needed to make the certification complete and sufficient)

_____  We are exercising our right to have you obtain a second or third opinion medical certification at our expense, and we will provide further details at a later time.

_____ Your FMLA Leave request is Not Approved.
_____ The FMLA does not apply to your leave request.
_____ You have exhausted your FMLA leave entitlement in the applicable 12-month period.

PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT
It is mandatory for employers to inform employees in writing whether leave requested under the FMLA has been determined to be covered under the FMLA. 29 U.S.C. § 2617; 29 C.F.R. §§ 825.300(d), (e). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 – 30 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION.**

Form WH-382 January 2009

FMLA 00027
P.L.G. EX 5



**COOK COUNTY SHERIFF'S OFFICE**
**BUREAU OF HUMAN RESOURCES**
3026 South California Avenue, Building 2, First Floor, Room 118
Chicago, IL 60608
PHONE NUMBER: 773-674-8407    FAX NUMBER: 773-674-8168

2015 DEC 24  AM 9: 32
COOK COUNTY
DEPT. OF CORRECTIONS
PERSONNEL

## FAMILY AND MEDICAL LEAVE OF ABSENCE (FMLA) REQUEST

12-21-14/15 = 1907

**INSTRUCTIONS:**
1. Each section must be completed as part of the approval process. Please initial the appropriate FMLA section.
2. You have 15 days in which to return the completed forms to HR Employee Services. All incomplete packets will be returned to you and will cause a delay in processing.
3. Only original HR/FMLA forms will be accepted.
4. Only a Health Care Provider can complete the Certification of Health Care Provider Form.

### SECTION 1 – FMLA Request:

I am requesting a leave of absence under the Cook County Sheriff's Office Family and Medical Leave of Absence Policy (Number 07-3). I am responsible for ensuring the completion of the FMLA forms and providing any other documentation as required under the policy. I understand and agree to the terms set forth I the County's policy. I am requesting the absence for the following reasons (initial your section):

N/A — The birth of my child and and/or care of my newborn child. My child was born/is expected to be on ___N/A___ (date).

N/A — The placement of a child, with me for adoption/foster care. This placement will take place on ___N/A___ (date).

N/A — To care for my child, spouse, or parent (please circle one) who has a serious health condition. Proof of relationship is required (i.e., copy of marriage license or birth certificate) is required.

X — To care for my own serious health condition which makes me unable to perform the essential functions of my job.

N/A — To care for a family member who is a service member of the Armed Forces who was injured or ill while on active military duty.

N/A — For any qualifying exigency (necessity) that arises out of a covered military member (spouse, son, daughter or parent) being on active duty or called u to active duty.

### SECTION 2 – FMLA leave and duration request:

I am requesting the following type of leave and duration (initial your selection):

___ A single period of absence from _____ (Start Date) to _____ (Expected End Date). A single period of absence is taken I a single period of time not to exceed twelve (12) workweeks in a twelve (12) month period, taken for one occurrence.

✓ An Intermittent Leave: Probable frequency (i.e., 1-2 days a week, month, year) 3-7 DAYS PER MONTH 1-8 HRS PER EPISODE An intermittent leave is taken in separate blocks of time due to a single qualifying reason. FMLA leave may be taken whenever medically necessary to care for a family member with a serious health condition or because the employee is unable to work due to their own serious medical condition.

___ Reduced Schedule Leave: Reduced hours per work day or work week _____ A reduced schedule leave reduces an employee's usual number or working hours per work week or hours per work day. A reduced schedule must be provided. (Note: Flex time is not a reduced schedule leave).

1-27-16

FMLA 00028

## SECTION 3 – Health Insurance Premium:

I agree that I am responsible for my portion of the health premium incurred while on disability leave should I decide to use this leave while on FMLA. The Department of Risk will bill me directly for my portion of the health premium.

I agree that if I do not return to work for at least thirty (30) calendar days after the completion of my leave, except when I cannot return because of a serious health condition, the County will seek to recoup its share of any health insurance premium incurred during my leave. I also agree that, apart from any Federal, State or Local wage payment or other laws limiting the about that can be deducted from paycheck(s), I will owe the County the full amount of any health insurance premium payments that remains unpaid after the paycheck deductions(s).

## SECTION 4 – Explanation of Contractual rights under FMLA:

I understand that this Agreement is not intended to create any contractual rights for continued employment.

## SECTION 5 – COBRA Benefit Time Period:

I understand that if I fail to return from work at the end of my leave and my employment relationship with Cook County might be subject to termination, the period of time on my leave will be applied towards COBRA benefit period.

## SECTION 6 – FMLA Fraud:

I certify that all information in this FMLA Request and on any other documents is true and complete. I understand that if my FMLA request is approved, any false information, omissions, or misrepresentations made on this FMLA request or any other documents I have submitted during the process may result in the denial of my FMLA request and disciplinary action up to and including termination. In consideration of my FMLA request, I agree to follow the department rules and regulations. I acknowledge that I have received a copy of the Family and Medical Leave Policy (Number 07-3) and that I understand I must abide by its provisions.

## SECTION 7 – FMLA Re-certification:

I understand that this FMLA request may be approved for one of the leaves in Section 1. Re-certification will be requested after thirty days (30) and after six (6) months if the FMLA is being utilized is for a different type of FMLA leave and/or duration.

## SECTION 8 – Approval to contact Health Care Provider:

In order to expedite my FMLA, I understand that it may be necessary to contact the Health Care Provider for clarification or authentication. I am granting authority to do so by signing this FMLA request.

EMPLOYEE NAME (print): SALVATORE ZICCARELLI  EMPLOYEE SIGNATURE: _____

This signature acknowledges my receipt and understanding of the Family and Medical Leave of Absence Request.

| DATE OF REQUEST: 12-21-2015 | JDE: 286581 |
|---|---|
| DEPARTMENT/ASSIGNMENT: C-C.DOC /EXOPS | WORK SHIFT/RDO DETAIL: 2-10-GROUP-7 |
| PHONE: 1-708-299-3099 | EMAIL: Sal23520hotmail.com |

FMLA 00029

12-24-15;10:28AM;Loyola at North Riverside                    ;7083548765          #  3/ 15

## Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)

U.S. Department of Labor
Wage and Hour Division



DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

OMB Control Number: 1235-0003
Expires: 5/31/2015

### SECTION I: For Completion by the EMPLOYER

INSTRUCTIONS to the EMPLOYER: The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: _____

Employee's job title: _____            Regular work schedule: _____

Employee's essential job functions: _____

Check if job description is attached: ____

### SECTION II: For Completion by the EMPLOYEE

INSTRUCTIONS to the EMPLOYEE: Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. Your failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: SALVATORE                                  ICCARELLI
First                          Middle                         Last

### SECTION III: For Completion by the HEALTH CARE PROVIDER

INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members. 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Loyola Center for Health at North Riverside

Provider's name and business address: Asima Doriwala        1950 S. Harlem Avenue
North Riverside, IL 60546

Type of practice / Medical specialty: Internal Medicine

Telephone: ( 708 ) 354-9250        Fax: ( 708 ) 354-8765

Page 1

Form WH-380-E Revised May 2015

FMLA 00030

12-24-15;10:28AM;Loyola at North Riverside                    ;7083548766          # 4/ 15

## PART A: MEDICAL FACTS

1. Approximate date condition commenced: _2003_

Probable duration of condition: _Lifetime_

Mark below as applicable:
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
_X_ No ___ Yes. If so, dates of admission:

Date(s) you treated the patient for condition:
_10/13/15_

Will the patient need to have treatment visits at least twice per year due to the condition? ___ No _X_ Yes.

Was medication, other than over-the-counter medication, prescribed? ___ No _X_ Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
_X_ No ___ Yes. If so, state the nature of such treatments and expected duration of treatment:

2. Is the medical condition pregnancy? ___ No ___ Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: _X_ No ___ Yes.

If so, identify the job functions the employee is unable to perform:

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

_Right lower extremity DVT causing pain in lower_
_extremity and impeding to ability to walk._
_Right shoulder injury preventing repetitive motion with_
_right shoulder and arm_
_PTSD and anxiety requiring time off from work_
_due to anxiety and flashbacks, lack of concentration_

Page 3                          CONTINUED ON NEXT PAGE          Form WH-380-E Revised May 2015

FMLA 00031

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? X No ___ Yes.

   If so, estimate the beginning and ending dates for the period of incapacity: _____

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? X No ___ Yes.

   If so, are the treatments or the reduced number of hours of work medically necessary? ___ No ___ Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   _____

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___ No X Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups? ___ No ___ Yes. If so, explain:

   *Pain and anxiety impede walking, repetitive use of right arm, and concentration / focus*

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency ___ 3-7 times per ___ week(s) (month(s))

   Duration: 1-8 hours or ___ day(s) per episode

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

_____
_____
_____
_____
_____
_____

Page 3                          CONTINUED ON NEXT PAGE                    Form WH-380-E Revised May 2015

FMLA 00032

12-24-15;10:29AM;Loyola at North Riverside                    ;7083548785            #  8/ 15

_____

Signature of Health Care Provider          Date  12/23/15

## PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years, 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.

Page 4                                                          Form WH-380-E Revised May 2015

ⒸCOP

**EMPLOYER VERIFICATION STATEMENT**

2015 FEB 10 AM 10 36

SHERIFF'S PERSONNEL
HELEN COHN
69 W. WASHINGTON
ROOM 1120
(312) 503-6186



Office # 136315

## Section 1: Applicant Information

Full Name: SALVATORE TUZIGGARELLI

| Date of birth: | | SSN: | | Phone: |
| --- | --- | --- | --- | --- |

Current address:

City:

I am applying for one (insert other, use only):

☐ **Ordinary disability benefits** – *for disability resulting from a cause other than injury/illness incurred in the performance of an act or acts of duty.*

☐ **Duty disability benefits** – *for disability residing from injury/illness incurred in the performance of an act or acts of duty.*

Date of injury/illness: 8 / 2 / 05 §-2    Employing Department: CCDOC

Claim date: 8 / 2 / 05 §-2  (*Benefit is calculated based on the first date you were unavailable to work due to said injury/illness.*)

**AUTHORIZATION: I authorize disclosure to the Cook County Pension Fund (and its representatives) of all employment records and information necessary to process my claim for disability benefits in accordance with the Illinois Pension Code. A photocopy of this authorization shall be as effective and valid as the original.**

Signature:    Date: 5 / 14 / 14

## Section 2: Employee Information

| Employee #: 22613 | Position: CLERICAL OFFICE | FMIS #: 886581 |
| --- | --- | --- |

| Date employee last worked: 06 / 23 / 2005 | Last day for which salary was paid: 07.11 / 2005 |
| --- | --- |
| Last payroll end date: 07 / 23 / 2005 | Gross salary on date of injury (*duty claim only*): $ 25.786 |

Full-time hourly salary on the date employee last worked (not last paid, must include differential pay): $

| Has employee returned to work? ☒Yes ☐No | If YES, provide date returned to work: 12 / 05 / 2005 |
| --- | --- |

Has employee resigned, been terminated/suspended, or otherwise separated from employment for any reason? ☐Yes ☒No

| Is the employee full-time or part-time? ☒FT ☐PT | Please circle scheduled days off: |
| --- | --- |

Scheduled hours per pay period: 80 Hours/PP    M    T    W    Th    Ⓕr    Ⓢa    Su



County Employees' and Officers' Annuity and Benefit Fund of Cook County
Forest Preserve District Employees' Annuity and Benefit Fund of Cook County
33 N Dearborn St, Suite 1000 | Chicago, IL 60602 | 312.603.1200 | 312.603.9760 fax | www.cookcountypension.com

DJS0022
11/13

CC MEDICAL 00030

Pltf-Ex. 15

## EMPLOYER VERIFICATION STATEMENT FOR DISABILITY BENEFITS

©COPY SALVATORE T ZICCARELLI
Office# 136315

**Section 3: Physical Requirements**

| | Climb | Balance | Stoop | Kneel | Crouch | Crawl | Reach | Walk | Sit | Stand |
|---|---|---|---|---|---|---|---|---|---|---|
| Not at all | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Occasionally (1/3 of day or less) | ☐ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| Frequently (2/3 of day or less) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Constantly | ☒ | ☒ | ☒ | ☐ | ☒ | ☐ | ☒ | ☒ | ☒ | ☒ |

Indicate the required level of ability for employee's position:

Lift: M - H
Carry: M - H
Push: M - H
Pull: M - H

(S) Sedentary = 10 lbs maximum, walking occasionally
(L) Light = 20 lbs maximum, 10 lbs frequently
(M) Medium = 50 lbs maximum, 20 lbs frequently, up to 10 lbs constantly
(H) Heavy = 100 lbs maximum, 50 lbs frequently, 20 lbs constantly

Is the employee required to . . . ?
Carry a firearm ☒ Yes ☐ No
Drive a motor vehicle ☒ Yes ☐ No

Is modified duty available?
☐ Yes ☐ No
If yes, type: To be Determined based on restrictions

**Section 4: Other Remarks**

Episodic Need to restrain individuals daily or on an unscheduled basis. Emergency situations require heavy work 10% to 15% of the Time. Employee is required to qualify with a Firearm Annually.

**Section 5: Employer Certification**

SUPERVISOR'S NAME (PRINT): Helen Cohn
CONTACT PHONE: 6166

SUPERVISOR'S SIGNATURE:
DATE: 5/15/14

CERTIFICATION BY AUTHORIZED SIGNER: I certify that the employment records and information necessary are complete and accurate. As the employer, we will notify the Fund promptly if any information changes or any retro payment is issued.

SIGNATURE OF AUTHORIZED SIGNER:
DATE: 5/15/14

**INSTRUCTIONS:**

1. Employer must provide employee with a copy of this completed form.
2. Employer must submit original to the Cook County Pension Fund.
3. Employee must provide a copy of this form to the Attending Physician for review when completing form DIS0063 (Attending Physician Statement).



County Employees' and Officers' Annuity and Benefit Fund of Cook County
Forest Preserve District Employees' Annuity and Benefit Fund of Cook County
Employer Verification Statement | p. 2 of 2

CC MEDICAL 00031

# ATTENDING PHYSICIAN STATEMENT FOR DISABILITY BENEFITS





Office #136315

## Section 1: Applicant Information

Full Name: SALVATORE T ZICCARELLI

Date of birth: ▮▮▮▮▮▮▮▮▮▮

(If applying for both, please check one only):

☐ **Ordinary disability benefits** – *for disability resulting from a cause other than injury/illness incurred in the performance of an act or acts of duty.*

☑ **Duty disability benefits** – *for disability resulting from injury/illness incurred in the performance of an act or acts of duty.*

Date of injury/illness: ____ / ____ / ____    Employing Department: C.C.D.O.C

Claim date: ____ / ____ / ____    *Benefit is calculated based on the first date unavailable to work due to said injury/illness.*

**AUTHORIZATION:** I authorize disclosure to Cook County Pension Fund (and its representatives) of all employment records and information necessary to process my claim for disability benefits in accordance with the Illinois Pension Code. A photocopy of this authorization shall be as effective and valid as the original.

Signature: _____    Date: ____ / ____ / ____

## Section 2: Employee Information

Date injury/illness first began: 5 / 10 / 04    Description of injury/illness: Right Shoulder

Diagnosis, symptoms, and any complications *(must include ICD-9 or DSM-IV code)*
® Rotator cuff tear, 840.4
Bicep tendinitis 726.12

Objective Findings *(copies of x-rays, lab results, and any other findings must be attached)*
MRI - tear. Intraop finding

Are symptoms consistent with clinical findings? ☑ Yes ☐ No    If YES, please describe:
Pain and labral cuff weakness

If pregnancy related, please indicate: | LMP: | EDC: | Actual Delivery: ____


County Employees' and Officers' Annuity and Benefit Fund of Cook County    CC MEDICAL 00032
Forest Preserve District Employees' Annuity and Benefit Fund of Cook County
33 N Dearborn St, Suite 1000 | Chicago, IL 60602 | 312.603.1200 | 312.603.9760 fax | www.cookcountypension.com

DIS0003
11/13

# ATTENDING PHYSICIAN STATEMENT
# FOR DISABILITY BENEFITS

 COPY

SALVATORE T ZICCARELLI
Office# 136315

## Section 3: Treatment Plan for Patient

Date of first visit regarding this injury/illness: 6 / 1 /04    Date of first treatment: 9 /28/04

Date of most recent treatment: 1 /27/06
8 20 08

Name/Location of facility or hospital: Midwest Orthopaedics at Rush

### Surgical Treatment

1. Hospitalization    From ___/___/___ to ___/___/___

2. Surgery    From 7-12-05 to 11 /18/05
7 12 05

Please indicate type of surgery: Revision Rotator cuff Repair using patch augmenter

3. Medications (type and dosage): Norco, Oxycontin

4. Description of medical services/treatment: Patient immobilized. PT; work hardening

5. Date of next scheduled treatment or evaluation: ___/___/___

6. Is patient still under your care?    ☐ Yes  ☒ No    If YES, please describe:

7. Has patient ever had same or similar condition?    ☒ Yes  ☐ No    If YES, please describe: Surgery by outside doc Dec 04



County Employees' and Officers' Annuity and Benefit Fund of Cook County
Forest Preserve District Employees' Annuity and Benefit Fund of Cook County
Attending Physician Statement 1 p.2 of 3

CC MEDICAL 00033

DIS0003
11/15

# ATTENDING PHYSICIAN STATEMENT
## FOR DISABILITY BENEFITS



SALVATORE T ZICCARELLI
Office# 136315

## Section 4: Physical Abilities

| | Climb | Balance | Stoop | Kneel | Crouch | Crawl | Reach | Walk | Sit | Stand |
|---|---|---|---|---|---|---|---|---|---|---|
| **Not at all** | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Occasionally** (1/3 of day or less) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Frequently** (2/3 of day or less) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Constantly** | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Indicate the patient's physical ability to:  *No Restriction. 4|11|05*

- Lift: _____
- Carry: _____
- Push: _____
- Pull: _____

(S) Sedentary = 10 lbs maximum, walking occasionally
(L) Light = 20 lbs maximum, 10 lbs frequently
(M) Medium = 50 lbs maximum, 20 lbs frequently, up to 10 lbs constantly
(H) Heavy = 100 lbs maximum, 50 lbs frequently, 20 lbs constantly.

**Does the patient have medical clearance to . . . ?**

Carry a firearm ☐ Yes ☐ No    Drive a motor vehicle ☐ Yes ☐ No

*You must review the physical requirements provided on form DIS0002 (Employer Verification Statement), then indicate physical abilities on the above charts.*

## Section 5: Physician Certification

*A copy of form DIS0002 (Employer Verification Statement) must be attached for this form to be valid. The undersigned Attending Physician has reviewed the attached Employer Verification Statement and, based on position described therein and the undersigned's medical evaluation of Patient, certifies that:*

**A.** Patient is/was continuously disabled and therefore unable to perform duties of position:

FROM  *5 | 6 | 04*  TO  *4 | 11 | 05*

**B.** Patient is able to return to work (check one): ☒ Full Duty    ☐ Modified Duty    ☐ No

If Modified Duty, please state restrictions: _____

If NO, please state date patient is able to return to work: ____ / ____ / ____

**CERTIFICATION:** I certify that I have personally examined the patient and the information contained in this form is true and accurate to the best of my knowledge.

DEGREE: *MD*

NAME (PRINT): *Anthony Romeo MD*

PHYSICIAN/PROVIDER TAX ID: ▮▮▮▮▮▮

MEDICAL SPECIALTY: *Ortho*

ADDRESS: *1611 W. Harrison, Chicago IL 606__*  PHONE: ▮▮▮▮

SIGNATURE: _____   DATE: *2/2/15*


County Employees' and Officers' Annuity and Benefit Fund of Cook County
Forest Preserve District Employees' Annuity and Benefit Fund of Cook County MEDICAL  00034
Attending Physician Statement  1 p. 3 of 3

DIS0003
11/13

Office # 136315



Cook County Pension Fund

COPY

# COUNTY PHYSICIAN STATEMENT OF DISABILITY

TO BE COMPLETED BY THE EMPLOYER

### Section 1: Applicant Information

Full Name: SALVATORE T ZICCARELLI

| Date of birth | | SSN | | hone: |
| Current address: | | | | |
| City: | | | | |

AUTH...

records and information necessary to process my claim for disability benefits in accordance with the Illinois Pension Code. A photocopy of this authorization shall be as effective and valid as the original.

SIGNATURE: _____    DATE: 2 · 19 · 15

TO BE COMPLETED BY THE COUNTY PHYSICIAN

### Section 2: Medical Evaluation

Date of evaluation: 2/9/15, 2/10/15

Description of injury:

Summary of assessment based on evaluation of patient and review of (1) form DIS-003 [Attending Physician Statement] and (2) form DIS-0002 [Employer Verification Statement].

Pt presented for evaluation of retroactive disability for right rotator cuff tear, Bicep tendinitis, S/P Revision rotator cuff tear 7/12/05 by Dr Romeo.

Pt presents today 2/9/15 with 102 pages of Ancillary documentation for my review. He reports he needs disability to be renewed from August 2005 – November 2005. Office notes + on

Letters from Dr Romeo 7/19/05, 8/30/05, 9/2/05, 10/7/05 & 10/18/05 reviewed & attached.

Dr Romeo reported Mr Ziccarelli was to remain off work until Nov 1, then was able to return with restrictions.

Attached letter of 10/18/05 reports pt able "to return to work with restrictions according to the judges hearing. This begins Nov 1st."

(It is quite curious that Dr Romeo would not certify Mr Ziccarelli as disabled on these dates per the APS he signed 2/2/15)

DIS-0004

Cook County and Forest Preserve District Employees' Annuity & Benefit Fund
Attention: Disability Department
33 N. Dearborn, UC 10 MEDICA 60 0083 603.1200

Office # 136315



Cook County Pension Fund

# COUNTY PHYSICIAN STATEMENT OF DISABILITY

## Section 3: Statement of Disability

Physical or mental incapacity resulting from patient inability to perform the duties of position as documented by Employer in form DIS-0002 and Attending Physicians Statement in form DIS-0003.

Recommended period of disability based on evaluation:   FROM  7 / 12 / 05  THROUGH  10 / 31 / 05

Is patient is able to now return to work?  ☐Yes   ☐No   If NO, please state date patient should be able to return to work:  ___ / ___ / ___

If patient is still disabled, what date should patient return to work?   ___ / ___ / ___

If patient is still disabled, when should patient next be evaluated?   ___ / ___ / ___

Other Remarks:

Staff- please include copies of Dr. Romeo's letters attached, dated
7/14/05
8/30/05
9/2/05
10/7/05
10/18/05

## Section 5: Physician Certification

CERTIFICATION: I certify that I have personally examined the patient and the information contained in this form is true and accurate to the best of my knowledge.

DEGREE:  M.P., M.S.

NAME (PRINT):  V. Ramanvci

PHYSICIAN/PROVIDER TAX ID:

MEDICAL SPECIALTY:  Occup. Ind. civie

ADDRESS:

TELEPHONE NUMBER:

SIGNATURE:

DATE:  2 / 10 / 15



COPY

July 19, 2005

Ms. Janet Salihar, RN, CCM
Mica and Associates, PC
Worker's Compensation Rehabilitation Specialists
10059 South Roberts Road
Palos Hills, IL 60465
FAX: 708-233-6852

RE: ZICCARELLI, SALVATORE

Dear Ms. Salihar:

Thank you very much for allowing us to participate in Mr. Ziccarelli's care.

As you know, he is now approximately one week status post his arthroscopy, debridement, and open rotator cuff repair using the Restore patch. The patient's surgical findings were that he did not have a labral tear, but he did have positive findings for early osteoarthritis.

The patient states, today, he is doing well. He is taking nothing for pain. He rates his sleep as okay.

Today, his sutures were removed using sterile technique placing alcohol before and after the procedure. The surgical wounds look good. There was no redness or drainage noted. New Steri-Strips were placed. The patient was neurovascularly intact.

The patient was able to achieve approximately 100 degrees of forward elevation passively, 80 degrees of abduction passively, and 30 degrees of external rotation with his arm at his side passively.

Ms. Janet Salihar, RN, CCM
Mica and Associates, PC
Worker's Compensation Rehabilitation Specialists
RE: ZICCARELLI, SALVATORE
July 19, 2005
Page 2

PLAN: Our plan is for him to continue his home exercise program. He will begin supervised physical therapy in approximately one week from today. We are going to keep him off work. We estimate that he will reach the ability to perform sedentary duties in approximately eight to twelve weeks and full duty in approximately six months. Maximum medical improvement will be in approximately six to eight months.

Thank you very much for allowing us to participate in his care. If you have any questions, please do not hesitate to contact our office.

Sincerely,



Anthony A. Romeo, MD



August 30, 2005

Ms. Susan Burns, RN
Mica and Associates, PC
Worker's Compensation Case Management Consultants
10059 South Roberts Road
Palos Hills, IL 60465
FAX:708-233-6852

RE: ZICCARELLI, SALVATORE

Dear Ms. Burns:

Thank you very much for allowing us to participate in Mr. Ziccarelli's care.

As you know, he is now approximately seven weeks status post his right shoulder rotator cuff repair using a Restore patch.

Today, overall, he states he is doing better. He has no pain. He sleeps at night. He started physical therapy, yesterday, as he wanted to perform his first phase of care alone. He is currently not working.

Today, on physical examination he had 150 degrees of forward elevation active assisted, 85 degrees of abduction, and 50 degrees of external rotation with his arm at his side. His rotator cuff was intact.

PLAN: The plan is for him to begin Phase II of supervised physical therapy. We would like to see him back in six weeks to reevaluate his shoulder.

As it relates to work, the patient should remain off work at this time.

Ms. Susan Burns, RN
Mica and Associates, PC
Worker's Compensation Case Management Consultants
RE: ZICCARELLI, SALVATORE
August 30, 2005
Page 2

Thank you very much for allowing us to participate in his care. If you have any questions, please do not hesitate to contact our office.

Sincerely,


Anthony A. Romeo, MD


Frederick M. Brown, Jr, RN, MS, CNS, APN
Clinical Nurse Specialist

AAR/FB/cw
Dictated but not read to expedite mailing

September 2, 2005

COPY

Ms. Susan Burns, RN
Mica and Associates, PC
Worker's Compensation Case Management Consultants
10059 South Roberts Road
Palos Hills, IL 60465
FAX: 708-233-6852

RE: ZICCARELLI, SALVATORE
█████████████

Dear Ms. Burns:

Thank you very much for allowing us to participate in Mr. Ziccarelli's care.

As you know, Mr. Ziccarelli was most recently seen in our office, on Tuesday, and returned back to our office, today, on Friday, stating he is having pain at his AC joint consisting primarily of grinding.

On physical examination he has some tenderness at the anterior aspect of his shoulder. His rotator cuff is intact.

No x-rays were taken today.

He also stated that he had numbness and tingling in his fourth and fifth finger. He did have a positive Tinel's sign in his elbow.

PLAN: Our plan is for him to continue with supervised physical therapy. We explained to the patient that it was not uncommon for him to have some discomfort at the AC joint from previous surgery, as well as scar tissue. We did try to reassure the patient that he can continue with his current physical therapy plan. █████████████████. His next appointment is October 7, 2005.

Ms. Susan Burns, RN
Mica and Associates, PC
Worker's Compensation Case Management Consultants
RE: ZICCARELLI, SALVATORE
September 2, 2005
Page 2

Thank you very much for allowing us to participate in his care. If you have any questions, please do not hesitate to contact our office.

Sincerely,

Anthony A. Romeo, MD

Frederick M. Brown, Jr., RN, MS, CNS, APN
Clinical Nurse Specialist



ZICCARELLI, SALVATORE
DOB:11-10-1963
10-18-05 POB (AAR/JB/AMBER/cw): Phone call.
Mr. Ziccarelli contacted our office, today, noting that there is the ability
to return to work with restrictions according to the judge's hearing. This
begins November 1st. ~~The patient is at this time, capable of participating~~
~~in sedentary work such as deskwork and this will begin~~
~~November 1st.~~ A copy of this was faxed to the case manager, as well as the
patient's home.


Midwest Orthopaedics at Rush has implemented an Electronic Medical Record
(EMR) system. Records prior to May 23, 2008 have been integrated into the new
EMR system. The integration process may have caused a format change for this
record however the content has not been modified. The length of the documents
may be different than what is documented as formatting for margins and tabs
have been removed. The integration process also causes displacement of the
header and footer information.

MEDICAL DIVISION
COOK COUNTY BUREAU OF HUMAN RESOURCES
COUNTY BUILDING, ROOM 849
MEMORANDUM

TO: _____ DISABILITY EXTENSION

DATE: _____ 2/9/2015

NAME: SALVATORE ZICCARELL,

Pt returns for disability (retroactive disability) re: absence for treatment of Rt shoulder.

Pt states he is missing documentation / disability from August 2005 to November 2005.

Pt reports Pension Board informed him he did not need an EVS for this time period.

Pt also provides 10 additional pages to review.

Pt advised will need to review forms and all incoming documents in order to make an informed disability recommendation.

Pt reports he is currently working full duty. (12/23/14 note from Dr Dorinala documents permanent restrictions, however).



2015 FEB 9 PM 1 38

January 16, 2015

Office #136315

SALVATORE T ZICCARELLI

Dear Mr. Ziccarelli:

The Cook County Pension Fund received your request for an Administrative Hearing on November 17, 2014 in regards to your application for Duty Disability benefits with claim date of August 2, 2005. The Board denied your application on November 6, 2014 because the Fund had not received the medical information needed to support your claim. The Board may reconsider your application if the required medical information is submitted. If you would like the Board to reconsider your application, the following enclosed forms need to be completed and returned to the Fund:

1) A new Attending Physician Statement (APS)
2) A new County Physician Statements (CPS)
3) A copy of your completed Employer Verification Statement (EVS)

You must bring the completed EVS to your physician. Your physician must complete the APS. The completed EVS and APS must be taken to the County physician with the CPS. The County physician will send all completed forms to the Fund.

Be advised that you have 30 days from the date of this letter for the Fund to receive the completed APS and CPS. If we do not receive the completed medical forms the Board cannot find you eligible for the benefits requested. If the Fund receives the completed medical forms, the Board may reconsider your application for Duty Disability benefits. If the medical forms are not returned within 30 days, the Fund may present facts and findings to the Board for a final determination If you have any questions, please contact me at 312-603-1211.

Sincerely,

Gary LeDonne
Senior Benefits Advisor
Cook County Pension Fund

County Employees' and Officers' Annuity and Benefit Fund of Cook County
Forest Preserve District Employees' Annuity and Benefit Fund of Cook County

CC MEDICAL 00042