## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SALVATORE ZICCARELLI, | ) | Case No. 17 C 3179 |
|     Plaintiff, | ) | |
| | ) | Judge Guzman |
| v. | ) | |
| THOMAS J. DART, Sheriff of Cook County, | ) | |
| Illinois, COOK COUNTY, ILLINOIS, a | ) | |
| Municipal Corporation and Body Politic, | ) | Magistrate Judge |
|     Defendants. | ) | |

**NOTICE OF MOTION**

To: Andrew Creighton, Asst. State's Atty., Kimberly Foxx, Cook County State's Attorney, Richard J. Daley Ctr., Room 500, Chicago, IL 60602 andrew.creighton@cookcountyil.gov

    On Tuesday, September 3, 2019 at 9:30am we will appear before the presiding judge, Hon. Judge Ronald Guzman in Courtroom 1801 at the Everett M. Dirksen Bldg., 219 S. Dearborn St., Chicago, Ill. and present the following Motion:

**PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF APPEAL OF ORDER OF JUNE 20, 2018 GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he served a copy of the foregoing document by electronic mail on the U.S. District Court's electronic case filing system to Andrew Creighton, Assistant State's Attorney, Kimberly Foxx, State's Attorney of Cook County, Richard J. Daley Center, Suite 500, Chicago, IL 60602 andrew.creighton@cookcountyil.gov before 11:59 pm on August 22, 2019.

                                          By:    s/ Michael J. Greco

Atty. No. 6201254                                           Michael J. Greco, Attorney for Plaintiff
Michael Greco, Attorney at Law
Attorney for Plaintiff
175 W. Jackson Blvd. Ste. 240
Chicago, Illinois 60604
312 222-0599
Email: michaelgreco18@yahoo.com

UNITED STATES DISTRICT CIRCUIT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SALVATORE ZICCARELLI, | ) | Case No. 17 C 3179 |
| Plaintiff, | ) | |
| | ) | Judge Guzman |
| v. | ) | |
| THOMAS J. DART, Sheriff of Cook County, | ) | |
| Illinois, COOK COUNTY, ILLINOIS, a | ) | |
| Municipal Corporation and Body Politic, | ) | Magistrate Judge |
| Defendants. | ) | Jury Demanded |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF APPEAL OF ORDER OF JUNE 20, 2018 GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND ORDER OF DECEMBER 11, 2018 DENYING MOTION TO RECONSIDER**

Plaintiff Salvatore Ziccarelli moves this Court to grant him leave to file a Notice of Appeal of the Court's Order of June 20, 2018 granting Defendants' Motion for Summary Judgment and the Order of December 11, 2018, denying Plaintiff's Motion to Reconsider, pursuant to Plaintiff's filing of a timely Motion for Extension of Time to File Notice of Appeal under Fed. Rule App. P. 4(a)(5), and *Listenbee v. City of Milwaukee*, 976 F.2d 348, 350 (7th Cir. 1992) and *Smith v. Barry*, 502 U.S. 244, 112 S.Ct. 678, 682, 116 L.Ed.2d 678 (1992). To support this Motion, Plaintiff states as follows:

1. This Court entered an Order on June 20, 2018 granting Defendants' Motion for Summary Judgment as to Plaintiff's claims of FMLA Retaliation and FMLA Interference.

2. Plaintiff filed on July 18, 2018, the 28th day after entry of the Order granting Defendants' Motion for Summary Judgment, a Fed. Rule Civ. P. 59(e) Motion to Reconsider. After briefing, the Court denied the Motion to Reconsider on December 11, 2018.

2

3. Plaintiff filed on January 10, 2019, the 30th day after entry of the Order denying Plaintiff's Fed. Rule Civ. P. 59(e) Motion to Reconsider, a Fed. Rule App. P. 4(a)(5) Motion for Extension of Time to File Notice of Appeal. The Fed. Rule App. P. 4(a)(5) Motion for Extension identified the Plaintiff as the party seeking to file a Notice of Appeal, the Court to which appeal was sought, the U.S. Court of Appeals for the Seventh Circuit, and the Orders sought to be appealed, namely the District Court's Orders of June 20, 2018, and December 11, 2018. All of the information required by Fed. Rule App. P. 3(c)(1) was incorporated in the Fed. Rule App. P. 4(a)(5) Motion for Extension to File Notice of Appeal.

4. The Court denied the Fed. Rule App. P. 4(a)(5) Motion for Extension to File Notice of Appeal on January 11, 2019.

5. Because the Fed. Rule App. P. 4(a)(5) Motion for Extension of Time to File Notice of Appeal provided all of the information required of a Notice of Appeal pursuant to Fed. Rule App. P. 3(c)(1), it can and should be treated as a Notice of Appeal even though this Court denied the Fed. Rule App. P. 4(a)(5) Motion for Extension. See *Listenbee v. City of Milwaukee*, 976 F.2d 348, 350 (7th Cir. 1992) and *Smith v. Barry*, 502 U.S. 244, 112 S.Ct. 678, 682, 116 L.Ed.2d 678 (1992).

Wherefore, Plaintiff Salvatore Ziccarelli respectfully requests that this Court enter an Order granting him leave to file a Notice of Appeal of the Court's Order of June 20, 2018 granting Defendants' Motion for Summary Judgment and the Order of December 11, 2018, denying Plaintiff's Motion to Reconsider, pursuant to Plaintiff's filing of a timely Motion for Extension of Time to File Notice of Appeal under Fed. Rule App. P. 4(a)(5), and *Listenbee v. City of Milwaukee*, 976 F.2d 348, 350 (7th Cir. 1992) and *Smith v. Barry*, 502 U.S. 244, 112 S.Ct.

3

678, 682, 116 L.Ed.2d 678 (1992), together with such further relief as the Court deems just and equitable.

                    Respectfully submitted,

                    Salvatore Ziccarelli,

                    By: /S/ Michael J. Greco_____
                         Michael J. Greco
                         Attorney for Plaintiff

Michael J. Greco, Attorney at Law
Attorney for Plaintiff
175 W. Jackson Blvd.
Suite 240
Chicago, Ill. 60604
312 222-0599
Atty. No. 6201254
E-mail: michaelgreco18@yahoo.com

**Certificate of Service**

The undersigned attorney certifies that he served a copy of the foregoing document by electronic mail on the U.S. District Court's electronic case filing system to the parties so designated below at their respective addresses shown before 11:59 pm on August 22, 2019.

To: Mr. Andrew Creighton, Assistant State's Attorney, Kimberly Foxx, State's Attorney of Cook County, Richard J. Daley Center, Suite 500, Chicago, IL 60602  andrew.creighton@cookcountyil.gov

By:_____/S/___ Michael J. Greco _____
Michael J. Greco
Attorney for Plaintiff / Appellant

Michael J. Greco
Attorney for Plaintiff / Appellant
175 W. Jackson Boulevard, Suite 240
Chicago, Illinois  60604
312 222-0599
Atty. No.  06201254
Email: michaelgreco18@yahoo.com