# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 1, 2022

Before

KENNETH F. RIPPLE, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 19-3435 | SALVATORE ZICCARELLI,<br>Plaintiff - Appellant<br><br>v.<br><br>THOMAS J. DART, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-03179<br>Northern District of Illinois, Eastern Division<br>District Judge Ronald A. Guzmán ||

The district court's grant of summary judgment on Ziccarelli's FMLA interference claim is REVERSED and the case is REMANDED for further proceedings on that claim consistent with the opinion. The summary judgment for defendants on Ziccarelli's FMLA retaliation claim is AFFIRMED.

The above is in accordance with the decision of this court entered on this date. Each party shall bear its own costs on appeal.

CERTIFIED COPY
A True Copy
Teste:

*Christopher Conway*

Clerk of Court