## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Salvatore Ziccarelli

                      Plaintiff,

v.                                                  Case No.: 1:17−cv−03179
                                                           Honorable Ronald A. Guzman

Thomas J. Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: The parties are directed to file on October 18, 2022 a joint report on the status of Defendants' petition for a writ of certiorari and any settlement discussions. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.